## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:15CR18** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ANGEL SAUZO-MARTINEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the court on the unopposed motion to continue trial [44] as counsel needs to consult a computer expert and prepare for trial. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 5, 2016 is continued to **February 9, 2016.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 9, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 16, 2015.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**